statement is not in the case on appeal and cannot be considered by this court. The proof of the nature and extent of the plaintiff's injuries is also uncertain. The insertion of the silver plates in plaintiff's arm was not shown to be the necessary result of plaintiff's initial fall and injury. Judgment and order reversed and new trial granted, costs to abide the event. Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACOB COHEN, Appellant.— Judgment of conviction by the Court of Special Sessions reversed, and defendant discharged on the ground that the evidence does not justify a finding of the intent necessary to constitute the crime. Blackmar, P. J., Rich and Young, JJ., concur; Kelly and Kelby, JJ., vote to affirm.

TILLIE SILVERSTEIN, Respondent, v. WASHINGTON BATHS, INC., Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ., concur.

WILLIAM COHEN, Respondent, v. VALVONA-MARCHIONY COMPANY, INC., Appellant.— Motion to dismiss appeal granted. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ.

DELIA MAY DESSAUR, Respondent, v. FERNANDO F. DESSAUR, Appellant.— Motion granted, with ten dollars costs. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ.

MAX FEUER, Appellant, v. LEOPOLD SCHALLER and Others, Respondents.— Motion denied, with ten dollars costs. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ.

SOPHIE GUNSBERG, Plaintiff, v. NATHAN L. GUNSBERG, Respondent. HARRY MENDELSOHN, Appellant. — Motion denied. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ.

In the Matter of SAMUEL CHUGERMAN, an Attorney.— Motion denied. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ.

In the Matter of the Application of SETH LOW and Others, Relative to Acquiring Perpetual Underground Easement, etc., under Joralemon Street, etc.— Motion for leave to appeal to the Court of Appeals granted. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ.

In the Matter of the Application of ROBINA MERSEREAU for Leave to Sell Real Property.— Motion granted on consent of both parties in open court. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ. Settle order before Mr. Justice Jaycox.

In the Matter of the Petition of ROBERT STRANGE for a Decree Ascertaining the Fair and Reasonable Value of His Services to and Directing the Administrators to Pay Such Sum to the Petitioner from the Estate of Elbridge C. Atkinson, Deceased.— Motion granted. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ.

SADIE MUNTER, Appellant, v. MORRIS KOBRE and Others, Respondents.— Motion granted, with ten dollars costs. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ.

SADIE MUNTER, Appellant, v. MORRIS KOBRE and Others, Respondents.— Motion granted, with ten dollars costs. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ.

GEORGE POWELL, an Infant, by JESSIE POWELL, His Guardian ad Litem